U.S. DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

OCT 15 2014

FILED

United States of America

v.

Marc Guillmette

Crim. No. 1:14-CR-00086-JL

## NOTICE OF ACCEPTANCE/NON-ACCEPTANCE INTO LASER

The defendant notifies the court as follows (select one):

__X__  The defendant has been accepted into LASER Docket and has agreed to participate.

__ __  The defendant has not been accepted and/or has declined the opportunity to participate in LASER Docket.

Respectfully Submitted,

_[signature]_
Counsel for the Defendant

Date: __10/15/14__

USDCNH-9 (5-10)